# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

September 10, 2014

Lyle W. Cayce
Clerk

No. 13-50919
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

HUSSEIN ALI YASSINE, also known as Mike Yassine,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:12-CR-374-1

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges

PER CURIAM:*

The attorney appointed to represent Hussein Ali Yassine has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Yassine has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Yassine's response. We concur with counsel's assessment that the appeal presents no nonfrivolous

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-50919

issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.